# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1120**　　　　　　　　　　　　　　　**September Term, 2022**

FCC-18-179
FCC-DA-21-657
FCC-DA-22-1364

**Filed On: July 7, 2023**

In re: National Association of Broadcasters,

　　　Petitioner


　　**BEFORE:**　Pillard and Rao, Circuit Judges, and Sentelle, Senior Circuit Judge

### O R D E R

Upon consideration of the petition for writ of mandamus, it is

**ORDERED**, on the court's own motion, that respondent the Federal Communications Commission file a response to the mandamus petition, not to exceed 7,800 words, within 30 days of the date of this order. See D.C. Cir. Rule 21(a). Petitioner may file a reply, not to exceed 3,900 words, within 40 days of the date of this order.

### Per Curiam

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　Deputy Clerk