# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 23-1120**                              **September Term, 2023**

**FCC-18-179**
**FCC-DA-21-657**
**FCC-DA-22-1364**

**Filed On:** September 28, 2023

In re: National Association of Broadcasters,

      Petitioner

**BEFORE:**     Wilkins, Katsas, and Walker, Circuit Judges

## O R D E R

Upon consideration of the petition for writ of mandamus, the opposition thereto, and the reply, it is

**ORDERED** that consideration of the petition for writ of mandamus be deferred pending further order of the court.  It is

**FURTHER ORDERED** that, if the Federal Communications Commission has not completed the 2018 Quadrennial Review within 90 days of the date of this order, the Commission show cause why the petition should not be granted.  The Commission's response may not exceed the length limitations established by Federal Rule of Appellate Procedure 27(d)(2) (5,200 words if produced using a computer; 20 pages if handwritten or typewritten).

**Per Curiam**