No. 23-1120

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

IN RE NATIONAL ASSOCIATION OF BROADCASTERS, PETITIONER.

**RESPONSE OF FEDERAL COMMUNICATIONS COMMISSION TO ORDER TO SHOW CAUSE**

The Federal Communications Commission ("Commission" or "FCC") hereby responds to the Court's Order of September 29, 2023, to show cause within 90 days (on or before December 27, 2023) why the petition for writ of mandamus filed by the National Association of Broadcasters ("NAB") should not be granted. In its mandamus petition, NAB has asked this Court to "compel[] the Commission to complete the 2018 review" of the agency's media ownership rules. Pet. 2. NAB's request should be dismissed because the Commission has released an order that completes the 2018 review. *See 2018 Quadrennial Regulatory Review – Review of the Commission's Broadcast Ownership Rules and Other Rules Adopted Pursuant to Section 202 of the Telecommunications Act of 1996*, FCC 23-117 (rel. Dec. 26, 2023), *available at* https://docs.fcc.gov/public/attachments/FCC-23-117A1.doc. Because NAB already has the relief it sought, the Court should dismiss the petition for mandamus as moot. *See, e.g., In re Beehive Tel. Co.*, 1999 WL

1032603, at *1 (D.C. Cir. 1999) (per curiam) (ordering that "the petition for mandamus be dismissed as moot, inasmuch as petitioner seeks mandamus relief compelling the Federal Communications Commission to dispose of" a "petition for reconsideration" that "the agency has since denied").

## CONCLUSION

The petition for a writ of mandamus should be dismissed.

Dated: December 27, 2023

Respectfully submitted,

/s/ William J. Scher

P. Michele Ellison
   *General Counsel*

Jacob M. Lewis
   *Deputy General Counsel*

James M. Carr
William J. Scher
   *Counsel*

FEDERAL COMMUNICATIONS COMMISSION
45 L Street NE
Washington, DC 20554
(202) 418-1740
fcclitigation@fcc.gov

# CERTIFICATE OF COMPLIANCE

Certificate of Compliance With Type-Volume Limitation,
Typeface Requirements and Type Style Requirements

1. This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) and D.C. Circuit Rule 32(e)(1):

    ☒ this document contains 207 words, *or*

    ☐ this document uses a monospaced typeface and contains _ lines of text.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because:

    ☒ this document has been prepared in a proportionally spaced typeface using Microsoft Word for Office 365 in 14-point Times New Roman, *or*

    ☐ this document has been prepared in a monospaced spaced typeface using _____ with _____ .

/s/ *William J. Scher*
William J. Scher
*Counsel for Respondent*
*Federal Communications Commission*

## CERTIFICATE OF FILING AND SERVICE

I, William J. Scher, hereby certify that on December 27, 2023, I filed the foregoing Response Of Federal Communications Commission To Order To Show Cause with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the electronic CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *William J. Scher*

William J. Scher
Counsel

Federal Communications Commission
Washington, D.C. 20554
(202) 418-1740