# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| IN RE: NATIONAL ASSOCIATION OF BROADCASTERS, PETITIONER | Case No. 23-1120 |

### RESPONSE OF NATIONAL ASSOCIATION OF BROADCASTERS TO FEDERAL COMMUNICATIONS COMMISSION'S RESPONSE TO ORDER TO SHOW CAUSE

The National Association of Broadcasters ("NAB") hereby responds to the Federal Communications Commission's (the "Commission") December 27, 2023 response to the Court's order that the Commission show cause why NAB's pending petition for mandamus to compel the Commission to finish its 2018 Quadrennial Review of the ownership regulations should not be granted.

The Commission states that it has released an order, *In the Matter of 2018 Quadrennial Regulatory Review – Review of the Commission's Broadcast Ownership Rules and Other Rules Adopted Pursuant to Section 202 of the Telecommunications Act of 1996* (released Dec. 26, 2023) ("2018 Quadrennial Review Order"), "that completes the 2018 review," Response to Order to Show Cause, at 1. NAB has reviewed the Commission's 2018 Quadrennial Review Order, and agrees that the Commission has now concluded the 2018 Quadrennial Review.

Therefore, the Court should promptly dismiss NAB's petition for mandamus as moot. *See, e.g.*, *In re Int'l Union, United Mine Workers of Am.*, 231 F.3d 51, 54

(D.C. Cir. 2000) (concluding that agency action mooted claim of unreasonable delay).

Dated: December 28, 2023

Respectfully submitted,

 /s/ Helgi C. Walker
Helgi C. Walker
  *Counsel of Record*
Jacob T. Spencer
Andrew G.I. Kilberg
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3599
hwalker@gibsondunn.com

*Counsel for Petitioner
National Association of Broadcasters*

# CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rules of Appellate Procedure 27(d)(2), 32(a)(5), and 32(a)(6), the undersigned certifies that this motion complies with the applicable typeface, type style, and type-volume limitations. This filing was prepared using a proportionally spaced type (Times New Roman, 14 point). Exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f) and D.C. Circuit Rule 32(e)(1), this filing contains 171 words. This certificate was prepared in reliance on the word-count function of the word-processing system used to prepare this motion.

Respectfully submitted,

/s/ Helgi C. Walker
Helgi C. Walker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3599
hwalker@gibsondunn.com

# CERTIFICATE OF SERVICE

I hereby certify that, on December 28, 2023, I electronically filed the foregoing motion with the Clerk for the United States Court of Appeals for the District of Columbia Circuit using the appellate CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the appellate CM/ECF system.

December 28, 2023

Respectfully submitted,

*/s/ Helgi C. Walker*
/s/ Helgi C. Walker

Helgi C. Walker
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036
(202) 887-3599
hwalker@gibsondunn.com