# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 23-1120**                      **September Term, 2023**

FCC-18-179
FCC-DA-21-657
FCC-DA-22-1364

**Filed On:** January 2, 2024

In re: National Association of Broadcasters,

      Petitioner

**O R D E R**

Upon consideration of the petition for writ of mandamus; the court's order to show cause filed on September 28, 2023, the response thereto, and the reply, it is

**ORDERED** that the order to show cause be discharged. It is

**FURTHER ORDERED** that the petition for writ of mandamus be dismissed as moot.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                         BY:     /s/

                                             Lynda M. Flippin
                                             Deputy Clerk